IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01847-PAB-KLM

ROSARIO TINAJERO,

    Plaintiff,

v.

DMM AUTOMOTIVE, INC., a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Stay** [Docket No. 9; Filed August 9, 2012] (the "Motion"). The parties ask the Court to stay this matter pending the outcome of arbitration. The parties do not suggest an estimated end-date for the stay, nor do the parties include legal support for their request for an open-ended stay of all proceedings. Further, it does not appear that the parties have considered requesting administrative closure of this case pursuant to D.C.COLO.LCivR 41.2, in lieu of an open-ended stay. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. The Court directs the parties to consider requesting administrative closure pursuant to D.C.COLO.LCivR 41.2 as a preferred alternative to an indefinite stay of proceedings.

    Dated: August 13, 2012