IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01847-PAB-KLM

ROSARIO TINAJERO,

    Plaintiff,

v.

DDM AUTOMOTIVE, INC., a Colorado Corporation,

    Defendant.

## ORDER

    This matter is before the Court on the Joint Motion for Stay and to Administratively Close Case [Docket No. 12] filed by plaintiff Rosario Tinajero and defendant DDM Automotive, Inc.  In the motion, the parties state that they are currently engaged in arbitration proceedings pursuant to terms of the contract at issue in this case.  Docket No. 12 at 1.  The parties request that the Court administratively close the case until the completion of the arbitration proceedings.  *Id*.

    After reviewing the pleading, the Court is fully advised in the premises.  In light of the ongoing arbitration proceedings, the Court finds that the parties have provided adequate reasons to administratively close the case.

    Therefore, it is

    **ORDERED** that the Joint Motion for Stay and to Administratively Close Case [Docket No. 12] is **GRANTED**.  It is further

    **ORDERED** that this case shall be administratively closed pursuant to

D.C.COLO.LCivR 41.2.  It is further

**ORDERED** that, no later than twenty days after the completion of the arbitration proceedings, the parties shall file a status report advising the Court whether either party believes the case should be reopened for good cause or whether the case should be dismissed.

DATED August 31, 2012.

                                                     BY THE COURT:

                                                     s/Philip A. Brimmer
                                                     PHILIP A. BRIMMER
                                                     United States District Judge